**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** ANDREW GROSS, III

**Defendant(s):** TRANS UNION CORP., et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Andrew Gross, III
#28240-039
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN   47808

**Defendant's Attorney:**

F I L E D
Aug 19, 2008
AUG 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**08CV4704
JUDGE DOW
MAG.JUDGE COX**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** _[signature]_

**Date:** 8/19/08