Andrew Gross, III

vs

TransUnion Corp, et al

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Forma Pauperis Affidavit

FILED
AUG 19 2008 LCW
AUG 19 2008
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I hereby apply for leave to proceed with this petition without prepayment of fees or costs or giving security thereof. In support of my application, I state under oath that the following facts are true:

(1) I am the Plaintiff in this Civil Action and I believe that I am entitled to redress.

(2) I am unable to prepay the costs of said Civil Action, or give security thereof because I do not have a Job that pays over $5.25 a month and I have Two small children that is need of my support.

(3) I have no assets or funds which could be used to prepay the fees or costs.

Mr. Andrew Gross III
#28240-039
P.O. Box # 33
Terre Haute, Indiana 47808-0033

I declare under penalty of perjury that the statements made in the civil complaint and in this In forma pauperis affidavit are true and correct."

On This 13th day of August 2008.

I hereby certify that the Plaintiff herein has the sum of $ 0.62 on account to his credit at the Terre Haute Federal Institution where he is confined I further certify that the Plaintiff likewise has the following securities to his credit according to the records of said penal institution:

AUTHORIZED OFFICER OF PENAL INSTITUTION

**08CV4704**
**JUDGE DOW**
**MAG. JUDGE COX**

(3)