# United States District Court
## Northern District of Illinois
### Eastern Division

Andrew Gross, III                                        **JUDGMENT IN A CIVIL CASE**

       v.                                        Case Number: 08 C 4704

TransUnion Corp., et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for leave to proceed *in forma pauperis* [3] is denied and the complaint is summarily dismissed with prejudice on the basis of Plaintiff's failure to advise the Court that he had "struck out" pursuant to 28 U.S.C. § 1915(g). The case is terminated.

                                                 Michael W. Dobbins, Clerk of Court

Date: 8/26/2008                                        _____
                                                        /s/ Theresa B. Kinney, Deputy Clerk